Gavan R. Munter, SBN 134924
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone:   (916) 638-6610
Facsimile:    (916) 638-6607

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFFRON EXPRESS, INC. and JOGINDER SINGH MALHI dba R&J TRANSPORT,<br><br>　　　　Defendants. | Case No.: 2:09-CV-00233-GEB-GGH<br><br>**DEFAULT JUDGMENT AGAINST SAFFRON EXPRESS, INC.**<br><br>Hearing Date: July 30, 2009<br>Time: 10:00 am<br>Dept.: 24 |

On June 15, 2009, Plaintiff, Travelers Property Casualty Company of America filed a properly supported request for the clerk of the Court to enter Defendant's default on the clerk's docket. On June 17, 2009, the clerk of the Court properly entered Defendant Saffron Express, Inc.'s default on the clerk's docket, document number 21. On June 18, 2009, Plaintiff filed its Motion for Default Judgment in the above-styled case.

After reviewing the pleadings on file, the clerk's docket in this case, and after considering the evidence offered by Plaintiff and admitted by the Court, the Court finds that:

---

1
*DEFAULT JUDGMENT AGAINST SAFFRON EXPRESS, INC.*

1. On January 23, 2009, Plaintiff filed its Complaint for damages against Defendant pursuant to the Carmack Amendment, 49 U.S.C. § 14706, et seq.

2. On January 27, 2009, the Clerk issued a summons directed to Defendant.

3. Plaintiff forwarded to a process server, Keith Faust, a copy of Plaintiff's Complaint and the Summons directed to Defendant, and requested that Defendant be served by serving its registered agent for service of process, Jasjeet Singh of Saffron Express, Inc. at 1791 Neptune Drive in San Leandro, California.

4. On April 27, 2009, Defendant, Jasjeet Singh of Saffron Express, Inc., was served personally at 1791 Neptune Drive in San Leandro, California as is permitted under FRCP Rule 4(h)(1) allowing service upon a corporation through an agent authorized by appointment to receive service of process.

5. Although duly and properly served with process in this suit, Defendant, Saffron Express, Inc. has failed to file an answer or otherwise defend or respond to the Plaintiff's Complaint.

6. The applicable time for Defendant, Saffron Express, Inc. to respond has expired.

7. On June 17, 2009, the Clerk entered the default of Defendant, Saffron Express, Inc. (See Clerk's docket, Document Number 21.)

8. The Defendant is a Corporation and therefore is not an infant or an incompetent person and not in the military service.

9. By virtue of Defendant's default, Defendant may not challenge any of the factual allegations supporting Plaintiff's claim and may not contest liability.

10. Plaintiff has been damaged in the sum of $18,444.62.

Plaintiff's Motion for Default Judgment is sound, fully supported and should be granted.

1   **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** Plaintiff, Travelers Property Casualty Company of America be granted Judgment against Defendant, Saffron Express, Inc. in the amount of $18,444.62, plus pre-judgment interest calculated at .50% annually from the filing the complaint until judgment, plus post-judgment interest at the rate of 0.50% per annum from the date of judgment until the judgment is paid, and costs of court.

This is a final judgment.  All relief not granted herein is denied.

January 22, 2010

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```